6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

v.

JUAN ROMO-PADILLA,

Defendant.
_______________________________/

Case: **2:26–cr–20612**
Assigned To : **DeClercq, Susan K.**
Referral Judge: **Grand, David R.**
Assign. Date : **9/16/2026**
Description: **IND USA V. JUAN ROMO–PADILLA (DA)**

Violation:
18 U.S.C. § 1956(a)(3)

# Indictment

The Grand Jury charges that:

## Count One
## Money Laundering – Represented Drug Proceeds
## 18 U.S.C. § 1956(a)(3)(B) and(C)

On or about March 24, 2026, in the Eastern District of Michigan, and elsewhere, the defendant, JUAN ROMO-PADILLA, with the intent to conceal and disguise the nature, location, source, ownership and control; and, with intent to avoid a transaction reporting requirement under Federal law, did knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by a law enforcement officer, to be proceeds of specified unlawful activity, to wit: distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and (C), and 2.

**Count Two**
**Money Laundering – Represented Drug Proceeds**
**18 U.S.C. § 1956(a)(3)(B) and(C)**

From in and around April 14, 2026, through on or about June 30, 2026, in the Eastern District of Michigan, and elsewhere, the defendant, JUAN ROMO-PADILLA, with the intent to conceal and disguise the nature, location, source, ownership and control; and, with intent to avoid a transaction reporting requirement under Federal law, did knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by a law enforcement officer, to be proceeds of specified unlawful activity, to wit: distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and (C), and 2.

**Count Three**
**Money Laundering – Represented Drug Proceeds**
**18 U.S.C. § 1956(a)(3)(B) and (C)**

From in and around August 1, 2026, through on or about August 21, 2026,

in the Eastern District of Michigan, and elsewhere, the defendant, JUAN ROMO-PADILLA, with the intent to conceal and disguise the nature, location, source, ownership and control; and, with intent to avoid a transaction reporting requirement under Federal law, did knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by a law enforcement officer, to be proceeds of specified unlawful activity, to wit: distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and (C), and 2.

**Forfeiture Allegations**

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 21, United States Code, Section 982(a)(1), the defendants convicted of the money laundering offenses charged in Counts One through Three of the Indictment shall forfeit to the United States of America any property, real or personal, involved in such offenses, and any property traceable to such property.

As part of the forfeiture in this case and upon conviction of the defendants, the United States intends to seek entry of a forfeiture money judgment against the defendants representing the value of the property involved in the violations of Counts One and Two of the Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JEROME F. GORGON Jr.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Rajesh Prasad
Rajesh Prasad
Assistant United States Attorney

/s/ Caitlin B. Casey
Caitlin B. Casey
Assistant United States Attorney

Dated: September 16, 2026

Case: 2:26-cr-20612
Assigned To : DeClercq, Susan K.
Referral Judge: Grand, David R.
Assign. Date : 9/16/2026
Description: IND USA V. JUAN ROMO-PADILLA (DA)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** s/RP CC |

**Case Title:** USA v. Juan Romo-Padilla

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [**Case number:** 26-MJ-30542 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________________ **Judge:** ____________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 16, 2026
Date

/s/ Rajesh Prasad

Rajesh Prasad
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:313-226-9100
E-Mail address: Rajesh.Prasad@usdoj.gov
Attorney Bar #: P68519

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.